# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141798

ELIZABETH DAWE,
            Plaintiff-Appellee,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
            Intervening Plaintiff,

v

DR. REUVAN BAR-LEVAV & ASSOCIATES,
P.C., ESTATE OF DR. REUVAN BAR-LEVAV,
M.D., and DR. LEORA BAR-LEVAV, M.D.,
            Defendants-Appellants.
_____/

SC: 141798
COA: 269147
Oakland CC: 2001-036687-NH

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2011

_____
Clerk

d0329